# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **TEXAS SECURE AUTHENTICATION, LLC,**<br><br>       Plaintiff<br><br>v.<br><br>**GUARANTY BANK & TRUST, N.A.,,**<br><br>       Defendant | **Case No. 6:22-cv-00867**<br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Plaintiff Texas Secure Authentication, LLC respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of a patent already in suit in the following earlier numbered cases:

- *Texas Secure Authentication, LLC v. Cullen Frost Bankers, Inc., et. al*. (6:21-cv-01069-ADA)

- *Texas Secure Authentication, LLC v. First National Bank of Central Texas, et. al*. (6:20-cv-01091-ADA)

Dated:  August 19, 2022                    Respectfully submitted,

/s/ *Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950


John A. Lee (pro hac vice to be filed)
jlee@banishlaw.com
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
T: 650.241.2774
F: 650.241.2770